UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:25-cv-02588 ADS                          Date:  March 9, 2026

Title:  *Deshaun Johnson v. PTO Integrated, Inc.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|              Kristee Hopkins              |              None Reported              |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| :---: | :---: |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On November 18, 2025, Plaintiff filed a Complaint.  (Dkt No. 1.)  A Summons and a Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent were issued on November 18, 2025.  (Dkt. Nos. 5, 6.)  Federal Rule of Civil Procedure 4(m) requires a defendant be served 90 days after a complaint is filed.  Plaintiff is required to file a proof of service of the Summons, Complaint, and Notice Of Assignment To A U.S. Magistrate Judge And Declination Of Consent within 14 days of service.  C.D. Cal. L. R. 4-6, 73-2.1.  To date, Plaintiff has not filed a proof of service.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute.  Plaintiff must file a written response no later than **March 16, 2026.**  Filing a proof of service that shows completed service upon Defendant of the Summons, Complaint, and Notice of Assignment To A U.S. Magistrate Judge And Declination Of Consent will discharge this Order to Show Cause.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh