UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:25-cv-02588 ADS                                      Date:  March 17, 2026

Title:  *Deshaun Johnson v. PTO Integrated, Inc.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|             Kristee Hopkins             |             None Reported             |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):          Attorney(s) Present for Defendant(s):
                None Present                                              None Present

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

On November 18, 2025, Plaintiff filed a Complaint.  (Dkt No. 1.)  To date, no responsive pleading has been filed, and Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute.  Plaintiff must file a written response no later than **March 24, 2026.**  Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh