UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   8:25-cv-02588 ADS                                    Date: March 31, 2026

Title:  *Deshaun Johnson v. PTO Integrated, Inc.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On March 17, 2026, the Court entered an Order to Show Cause why Plaintiff's action should not be dismissed for failure to prosecute.  (Dkt. No. 12.)  The Court ordered a written response no later than March 24, 2026.  (Id.)  On March 24, 2026, Plaintiff filed a Request for Clerk to Enter Default against Defendant (the "Request").  (Dkt. No. 14.)  The Clerk of the Court denied the Request because Plaintiff failed to include a declaration as required by Federal Rule of Civil Procedure 55(a).  (Dkt. No. 15.)

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution.  Plaintiff must file a written response no later than **April 7, 2026.**  Among other appropriate responses, Plaintiff may file a corrected request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order will result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh

CV-90 (03/15)—SP                          Civil Minutes – General                          Page **1** of **1**